IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,                   No. CIV S-08-2584 GEB DAD P

    vs.

JANETTA GERINGSON, et al.,

    Defendants.           <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file an application to proceed in forma pauperis pursuant to the court's order of November 13, 2008. Plaintiff has also submitted a notice of change of address. Good cause appearing, IT IS HEREBY ORDERED that:

        1. The court's December 3, 2008 findings and recommendations are vacated;

        2. Plaintiff's December 8, 2008 request for an extension of time (Doc. No. 8) is granted; and

        3. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: December 16, 2008.

                                            DALE A. DROZD
                                            UNITED STATES MAGISTRATE JUDGE

DAD:9:kly
stol2584.36ifp