IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,                    No. CIV S-08-2584 DAD P

    vs.

JANETTA GERINGSON, et al.,

    Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On November 13, 2008, plaintiff was directed to pay the filing fee or submit an application to proceed in forma pauperis. In response to the court's order, plaintiff has filed an incomplete application to proceed in forma pauperis. Plaintiff's in forma pauperis application does not include a certified copy of his prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action or a prison official's certification. See 28 U.S.C. § 1915(a)(2). Plaintiff has also filed a request for a court order compelling the Robert Presley Detention Center to complete his application to proceed in forma pauperis.

        Plaintiff's incomplete application will be denied with thirty days leave to file a properly completed application to proceed in forma pauperis that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the

filing of the complaint in this action and a prison official's certification.  In addition, although it appears that plaintiff is experiencing some difficulty completing his application to proceed in forma pauperis, he is advised that this court is unable to issue an order against individuals who are not parties to a suit pending before it.  See Zenith Radio Corp. v. Hazeltine Research, Inc., 395 U.S. 100, 112 (1969).  If plaintiff continues to experience problems completing his application to proceed in forma pauperis, he should file an inmate appeal.  See Cal. Code Regs. tit. 15, § 3084.1(a) (prisoners may appeal "any departmental decision, action, condition, or policy which they can demonstrate as having an adverse effect upon their welfare.").  Also, if plaintiff needs additional time to complete his application to proceed in forma pauperis, he should file a request for an extension of time with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's February 18, 2009 application to proceed in forma pauperis (Doc. No. 13) is denied without prejudice;

2. Plaintiff shall submit, within thirty days from the date of this order a properly completed in forma pauperis application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice;

3. Plaintiff's February 18, 2009 request for an order (Doc. No. 12) is denied; and

4. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action.

DATED: March 3, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stol2584.3e