IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,                      No. CIV S-08-2584 GEB DAD P

    vs.

JANETTA GERINGSON, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        On March 4, 2009, the court denied plaintiff's application to proceed in forma pauperis without prejudice and granted him thirty days leave to file a completed application that includes a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint in this action and a prison official's certification. <u>See</u> 28 U.S.C. § 1915(a)(2).

        On April 13, 2009, the court received a letter, purportedly from plaintiff's mother, explaining that plaintiff was recently hospitalized and will need additional time to comply with the court's order. Good cause appearing, the court will construe the letter as a request for an extension of time to file a completed application to proceed in forma pauperis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's April 13, 2009 request for an extension of time (Doc. No. 15) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an application to proceed in forma pauperis.

DATED: April 17, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stol2584.36ifp(2)