IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,                        No. CIV S-08-2584 GEB DAD P

    vs.

JANETTA GERINGSON, et al.,

    Defendants.                   <u>ORDER</u>

_____/

        On November 18, 2010, defendant Ziga filed a motion for summary judgment, and on November 19, 2010, defendants Geringson and Lipon filed a motion for summary judgment. Plaintiff has not opposed either motion.

        Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On January 6, 2010, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

        Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

/////

1

inherent power of the Court." In the order filed January 6, 2010, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

        Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendant Ziga and defendants Geringson and Lipon's motions for summary judgment. Failure to file an opposition will be deemed as a statement of non-opposition and shall result in a recommendation that this action be dismissed pursuant Federal Rule of Civil Procedure 41(b).

DATED: January 12, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
stol2584.46